# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MILADY SIMPSON,

    Plaintiff,

v.                                             Case No: 8:22-cv-892-CEH-SPF

SPECIALIZED LOAN SERVICING,
LLC and WILMINGTON SAVINGS
FUND SOCIETY,

    Defendants.

---

## **ORDER**

This cause comes before the Court *sua sponte*. On March 22, 2023, the Court dismissed the Amended Complaint without prejudice, granted Plaintiff leave to file a Second Amended Complaint, and directed her to show cause as to why her claims should not be dismissed for failure to prosecute (Doc. 20). The Court provided Plaintiff 21 days in order to comply with its Order, and cautioned her that the failure to do so would result in the dismissal of the action with prejudice, without further notice. To date, Plaintiff has neither complied with the Order nor requested additional time in which to do so. Accordingly, it is **ORDERED**:

1. Pursuant to this Court's March 22, 2023 Order (Doc. 22), this action is dismissed with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 26, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties